UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| VALERIE NORMAN, | ) | No. 5:20-cv-02293-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER TO REVERSE AND REMAND PURSUANT
TO SENTENCE FOUR OF 42 U.S.C. § 405(g)</u>**

Plaintiff, Valerie Norman, through her attorney, and Defendant, Andrew Saul, Commissioner of Social Security, through his attorney, agree that the Commissioner's final decision denying Plaintiff's June 7, 2017, Disability Insurance Benefits application will be reversed and remanded to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will remand the matter to an ALJ with instructions to:

Re-evaluate the record evidence, including the claimant's congestive heart failure, morbid obesity and fibromyalgia and reassess the claimant's maximum to:

Re-evaluate the record evidence, including the claimant's congestive heart failure, morbid obesity and fibromyalgia and reassess the claimant's maximum residual functional capacity;

Take any further action necessary to complete the administrative record resolving the above issues, and issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

2

IT IS on this 8th day of April, 2021, it is ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the clerk will enter a separate final judgment terminating this case, hereby ending the civil action in accord with <u>Shalala v. Schaefer</u>, 509 U.S. 292, 297-98 (1993).

IT IS SO ORDERED.

April 8, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge