UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| VALERIE NORMAN, | ) No. 5:20-cv-02293-KDW |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act ("EAJA"), in which Plaintiff's counsel seeks an award of $3,177.19 in EAJA fees based on his 15.5 hours spent representing Plaintiff before the court. ECF No. 26. In the Commissioner's Response he indicates he does not object to the requested amount of EAJA attorney fees sought, ECF No. 27. Plaintiff's Motion is *granted* in accordance with the terms of this order.

It is therefore **ORDERED** that Plaintiff, **Valerie Norman** is awarded attorney fees and expenses under the EAJA in the amount of **Three-Thousand, One-Hundred Seventy-Seven Dollars and Nineteen Cents ($3,177.19)**. These attorney fees will be paid directly to Plaintiff, **Valerie Norman** and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

May 11, 2021
Florence, South Carolina

Kayman D. West
United States Magistrate Judge